1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNCHKIN, INC., a Delaware corporation, | Case No. 2:13-CV-06787-JEM |
| Plaintiff, | |
| v. | [~~PROPOSED~~] CASE MANAGEMENT SCHEDULE |
| LUV N' CARE, LTD., a Louisiana corporation, and ADMAR INTERNATIONAL, INC., a Delaware Corporation, | Honorable John E. McDermott<br>Date Action Filed: September 16, 2013 |
| Defendants. | |

[~~PROPOSED~~] CASE MANAGEMENT SCHEDULE

22311590v1

Pursuant to the parties' Joint Notice of Proposed New Case Management Schedule, Federal Rule of Civil Procedure 16, and good cause appearing, the Court sets the following case deadlines:

- October 23, 2014 – Deadline for Defendants Luv n' care, Ltd. and Admar International, Inc.'s ("LNC") to answer Amended Complaint.
- November 24, 2014 – Parties to provide amended FRCP 26(a)(1) disclosures.
- December 8, 2014 – Munchkin to serve Disclosure of Asserted Claims and Infringement Contentions and associated document production pursuant to Northern District of California Local Patent Rule ("LPR") 3-1 and 3-2.[1]
- January 22, 2015 – LNC to serve Invalidity Contentions and associated document productions as required under LPR 3-3 and 3-4.
- February 6, 2015 – Exchange of proposed claim terms for construction pursuant to LPR 4-1.
- February 27, 2015 – Exchange of Preliminary Claim Construction and Prehearing Statement pursuant to LPR 4-2.
- March 31, 2015 – Filing of Joint Claim Construction and Prehearing Statement pursuant to LPR 4-3.
- May 28, 2015 – Close of claim construction discovery pursuant to LPR 4-4.
- June 15, 2015 – Opening claim construction brief due pursuant to LPR 4-5(a).

---

[1] All references herein to "LPR" are to the Northern District of California's Local Patent rules, which the Court has Ordered will govern claim construction in this matter.

1
**[PROPOSED] CASE MANAGEMENT SCHEDULE**

22311590v1

- June 29, 2015 – Responsive claim construction brief due pursuant to LPR 4-5(b).
- July 1, 2015 – Close of fact discovery.
- July 6, 2015 – Claim construction reply brief due pursuant to LPR 4-5(c).
- July 16, 2015 at 10:00 a.m.– Claim construction hearing
- 3 weeks following entry of claim construction order – Deadline for expert reports on topics on which submitting party bears the burden of proof.
- 7 weeks following entry of claim construction order – Deadline for rebuttal expert reports.
- 50 days following entry of claim construction order – Deadline for all disclosures pursuant to LPR 3-7 for any party wishing to assert advice of counsel defense.
- 10 weeks following entry of claim construction order – Close of expert discovery.
- 12 weeks following entry of claim construction order – Dispositive motions due.
- 14 weeks following entry of claim construction order – Oppositions to dispositive motions due.
- 15 weeks following entry of claim construction order – Replies in support of dispositive motions due.
- 17 weeks following entry of claim construction order – Last day for hearing motions (other than motions *in limine*).

//
//

2
**[PROPOSED] CASE MANAGEMENT SCHEDULE**
22311590v1

- Within 30 days of ruling on dispositive motions – Last day to hear Settlement Conference by another magistrate.

SO ORDERED:

Dated:  October 31, 2014

_____
Honorable John E. McDermott
United States Magistrate Judge

22311590v1