# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNCHKIN, INC., a Delaware corporation, | Case No. 2:13-CV-06787-JEM |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| LUV N' CARE, LTD., a Louisiana corporation, and ADMAR INTERNATIONAL, INC., a Delaware corporation, | |
| Defendants. | |

The Court, having considered Defendants Luv N' Care, Ltd. and Admar International, Inc.'s (collectively, the "Defendants") Motion for Entry of Final Judgment Dismissing Plaintiff's Second Amended Complaint with Prejudice or, in the Alternative, an Award of Summary Judgment of Noninfringement, the opposition by Plaintiff Munchkin, Inc. ("Plaintiff"), if any, other papers submitted by the parties, if any, as well as all arguments at the time of the hearing, and good cause appearing, the Court hereby enters Final Judgment on the merits as follows:

1.    There being no genuine issues of material fact and as a matter of law, final judgment is entered in favor of Defendants and against Plaintiff on the issue of infringement of U.S. Patent No. 8,739,993 (Plaintiff's Sixth Claim for Relief).

| | |
|---|---|
| 1 | Defendants' Counterclaim Count I for Declaratory Judgment Regarding |
| 2 | Noninfringement of the '993 Patent and Counterclaim Count II for Declaratory |
| 3 | Judgment Regarding Invalidity of the '993 Patent in Defendants' Answer to |
| 4 | Plaintiff's Second Amended Complaint (Dkt. 108) are both DISMISSED |
| 5 | WITHOUT PREJUDICE. |

2. Plaintiff's Second Amended Complaint for Patent Infringement (Dkt. 106) is DISMISSED IN ITS ENTIRETY WITH PREJUDICE.

3. With the exception of resolution of any motion by Defendants seeking an award of attorney's fees and related nontaxable expenses pursuant to Fed. R. Civ. P. 54(d), this Final Judgment resolves all remaining claims, defenses and counterclaims asserted in this action.

4. Defendants, as the prevailing party, are awarded costs pursuant to Fed. R. Civ. P. 54(d)(1).

5. No later than 14 days after entry of Final Judgment, Defendants may file a motion for attorney's fees and related nontaxable expenses pursuant to Fed. R. Civ. P. 54(d), and the Court will retain jurisdiction to consider and resolve Defendants' motion, including the making of any and all factual findings related to Defendants' motion.

**IT IS SO ORDERED.**

DATED: May 2, 2018

_/s/ John E. McDermott_
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE